# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 11-5102**                         **September Term 2010**

1:10-cv-01020-RJL

**Filed On:** July 21, 2011

Abdul Razak Ali, Detainee,

        Appellant

        v.

Barack Obama, President, et al.,

        Appellees

          **BEFORE:**     Ginsburg, Rogers, and Brown, Circuit Judges

## O R D E R

Upon consideration of the motion to modify abeyance status for the limited purpose of modifying the administrative order regarding the declassification of documents for the public appendix, the opposition thereto, and the reply, it is

**ORDERED** that the motion be denied. Appellant has not demonstrated that the relief is warranted because, since April 2011, appellant's counsel has had an unclassified, protected version of the amended traverse that gives appellant access to the maximum amount of material that he is permitted to see, and the government is willing to consider creating public versions of a limited number of pages in the amended traverse.

**Per Curiam**