# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 11-5102                                      September Term 2011

1:10-cv-01020-RJL

**Filed On:** September 9, 2011

Abdul Razak Ali, Detainee,

        Appellant

    v.

Barack Obama, President, et al.,

        Appellees

      **BEFORE:**    Ginsburg, Rogers, and Brown, Circuit Judges

## O R D E R

      Upon consideration of the motion for reconsideration of the court's order filed July 21, 2011, denying appellant's motion to modify abeyance status for the limited purpose of modifying the administrative order regarding the declassification of documents for the public appendix, and the opposition thereto, it is

      **ORDERED** that the motion for reconsideration be denied. Appellant's initial motion required the court to balance the challenges facing appellant and his counsel in prosecuting his appeal with the competing demands of other Guantanamo habeas cases, military commission prosecutions, and national security litigation, all relying on the classification review teams in multiple government agencies. In neither the initial motion nor the current motion has appellant justified moving his request ahead of others already in the queue or requiring the government to produce a public version of materials when it is not known if and when the appeal will be reactivated or what parts of the amended traverse will be cited in the appellate briefs, which is all that need appear in the public appendix pursuant to this court's administrative order.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
           Laura Chipley
           Deputy Clerk